IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 MAY 24 P 2: 49

| | | |
|---|---|---|
| MARIO MENDIOLA, | § | |
| Plaintiff, | | |
| v. | § | Cause No. 2:07CV469-MEF |
| VISION HOSPITALITY, INC. and I.T MONTGOMERY, LLC d/b/a QUALITY INN & SUITES CONFERENCE CENTER and JOHN TAMPA Individually, | | |
| Defendants. | § | |

### MOTION FOR ADMISSION *PRO HAC VICE*

Movant, David A. Bryant, Jr. respectfully files this Motion for Admission *Pro Hac Vice* in the above numbered and styled action. In support hereof Movant would respectfully show this Court as follows:

I.

1.1 MARIO MENDIOLA, Plaintiff herein, retained the following counsel to represent him in the current lawsuit:

David A. Bryant, Jr.
S.D.Tex. Bar# 17501
18 Augusta Pines Drive, Suite 200E
Spring, Texas 77389
281-290-8866, Fax: 281-290-8867

1.2 Movant is admitted to practice before the United States District Clerk for the Southern District of Texas. Attached hereto is a certificate of good standing from the clerk of said court.

1.3 Movant has reviewed the local rules of this Court, the Alabama Rules of Professional Conduct, the Alabama Standards for Imposing Lawyer Discipline and

1

the American Bar Association Model Rules of Professional Conduct and agrees to abide by such rules and standards.

1.4   D. Jason Britt of the law firm of Morris & McCannally, LLC., 50 Wisteria Place, Millbrook, Alabama 36054 will serve as local counsel for Movant and assist in representation of the Plaintiff in this matter. Said attorney is admitted to practice before this Court and is in good standing herewith.

II.

PRAYER

2.1   Based upon the foregoing, Movant respectfully requests that the Court enter an Order admitting him to practice before this Court *pro hac vice*.

Respectfully submitted,

THE BRYANT LAW FIRM

_____
David A. Bryant, Jr.
S.D.Texas Bar No. 17501
18 Augusta Pines Dr., Suite 200E
Spring, Texas 77389
(281) 290-8866, Fax: (281) 290-8867

2

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA § 
§ 
SOUTHERN DISTRICT OF TEXAS §

I MICHAEL N. MILBY, Clerk of the United States District Court for the

SOUTHERN DISTRICT OF TEXAS

**DO HEREBY CERTIFY That David A. Bryant Jr** Federal Bar No. 17501

was duly admitted to practice in said Court on July 29, 1994 and is in good standing as a member of the

bar of said Court.

Dated May 18, 2007 at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: *Patricia Ann Williams*
Patricia Ann Williams
Attorney Admissions Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

MARIO MENDIOLA, § 

    Plaintiff,

v. §    Cause No. _____

VISION HOSPITALITY, INC. and
I.T MONTGOMERY, LLC d/b/a
QUALITY INN & SUITES CONFERENCE
CENTER and JOHN TAMPA Individually,

    Defendants. §

### ORDER GRANTING ADMISSION *PRO HAC VICE*

CAME ON TO BE HEARD the Motion for Admission *Pro Hac Vice* in the above numbered and styled action. After due consideration it is the opinion of this Court that said Motion should be, and hereby is, GRANTED.

It is therefore ORDERED that the following attorney is admitted to practice before this Court *pro hac vice*:

David A. Bryant, Jr.
S.D.Tex. Bar# 17501
18 Augusta Pines Drive, Suite 200E
Spring, Texas 77389
281-290-8866, Fax: 281-290-8867

SIGNED AND ENTERED on this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE