IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARIO MENDIOLA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-469-MEF |
| | ) | |
| VISION HOSPITALITY, LLC, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the Motion by David A. Bryant, Jr. for Admission Pro Hac Vice (Doc. #2) filed on May 24, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 1st day of June, 2007.

　　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE