## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MARIO MENDIOLA**, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CIVIL ACTION NO. CV- 2:07 CV** |
| **VISION HOSPITALITY, LLC; I.T.** | ) | **469-MEF** |
| **MONTGOMERY, LLC, d/b/a** | ) | |
| **QUALITY INN & SUITES** | ) | |
| **CONFERENCE CENTER and JOHN** | ) | |
| **TAMPA, individually,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CONFLICT DISCLOSURE STATEMENT

COME NOW the defendants, Vision Hospitality, LLC, I.T. Montgomery, LLC and John Tampa, in accordance with General Order No. 3047 of this Court, and make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, or other entities:

- There are no entities to be reported.

Respectfully submitted this 16th day of July, 2007.

/s/ Kyle T. Smith

---

Kyle T. Smith (ASB-6752-I72K)
J. Rushton  McClees (ASB-8805-C39J)
Attorneys for Defendants

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:  (205) 930-5100
Fax:  (205) 930-5335

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

D. Jason Britt, Esq.
Morris & McCannally, LLC
50 Wisteria Place
P.O. Box 490
Millbrook, AL 36054

David A. Bryant, Jr., Esq.
18 Augusta Pines Drive
Suite 200E
Spring, TX 77389

s/Kyle T. Smith
OF COUNSEL