IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARIO MENDIOLA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-469-MEF |
| | ) |
| VISION HOSPITALITY, LLC, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Defendant's Motion to Dismiss (Doc. #8) filed on July 16, 2007, it is hereby ORDERED as follows:

1. The plaintiff file a response which shall include a brief and any evidentiary materials on or before July 31, 2007.

2. The defendant may file a reply brief on or before August 7, 2007.

DONE this 17th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE