**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **MARIO MENDIOLA,** | § | |
| Plaintiff, | | |
| v. | § | Case Action No. CV – 2:07 CV 469-MEF |
| **VISION HOSPITALITY, L.L.C. and I.T. MONTGOMERY, L.L.C. d/b/a QUALITY INN & SUITES CONFERENCE CENTER and JOHN TAMPA Individually,** | | |
| Defendants. | § | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW, Mario Mendiola, the Plaintiff in the above-captioned matter, by and through his undersigned counsels, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- This party is an individual and there are no parties to report

Respectfully submitted this 23rd day of July, 2007

                                      MORRIS & MCCANNALLY, LLC

                                      /s/ D. Jason Britt
                                      D. Jason Britt (BRI048)
                                      50 Wisteria Place
                                      P.O. Box 490
                                      Millbrook, Alabama 36054
                                      (334) 285-1976, Fax: (334) 285-1940

THE BRYANT LAW FIRM



David A. Bryant, Jr.
S.D.Texas Bar No. 17501
18 Augusta Pines Dr., Suite 200E
Spring, Texas 77389
(281) 290-8866, Fax: (281) 290-8867

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

    I, hereby certify that on the 23rd day of July 2007, I electronically filed in the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to following:

Kyle T. Smith
**Sirote & Permutt, P.C.**
2311 Highland Avenue North
Post Office Box 55727
Birmingham, Alabama 35255-5727

J. Rushton McClees
**Sirote & Permutt, P.C.**
2311 Highland Avenue North
Post Office Box 55727
Birmingham, Alabama 35255-5727

                                        /s/ D. Jason Britt
                                        **OF COUNSEL**