## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **MARIO MENDIOLA**, | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) **CIVIL ACTION NO. CV- 2:07 CV** |
| **VISION HOSPITALITY, LLC; I.T.** | ) **469-MEF** |
| **MONTGOMERY, LLC, d/b/a** | ) |
| **QUALITY INN & SUITES** | ) |
| **CONFERENCE CENTER and JOHN** | ) |
| **TAMPA, individually,** | ) |
| | ) |
|     **Defendants.** | ) |

### JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST JOHN TAMPA

COME NOW the Parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and jointly stipulate to the dismissal of all claims pending against Defendant John Tampa. In further support of this Joint Stipulation, the Parties state as follows:

1. In the Complaint, Plaintiff asserted claims against three Defendants, including John Tampa as an individual. On July 16, 2007, Defendant John Tampa filed a Motion to Dismiss the claims asserted against him.

2. The Parties have agreed and jointly stipulated to the dismissal of all claims against Defendant John Tampa with prejudice.

DOCSBHM\1501476\1\

3.   The Parties shall bear their own costs related to this dismissal.

Respectfully submitted this 22nd day of August, 2007.

/s/ Kyle T. Smith
Kyle T. Smith (ASB-6752-I72K)
J. Rushton McClees (ASB-8805-C39J)
Attorneys for Defendant
JOHN TAMPA

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.: (205) 930-5100
Fax: (205) 930-5335

/s/ David A. Bryant, Jr.
David A. Bryant, Jr., Esq.
Attorney for Plaintiff
MARIO MENDIOLA

OF COUNSEL:

18 Augusta Pines Drive
Suite 200E
Spring, TX 77389

D. Jason Britt, Esq.
Morris & McCannally, LLC
50 Wisteria Place
P.O. Box 490
Millbrook, AL 36054