IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARIO MENDIOLA, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:07-cv-469-MEF |
| | ) |
| VISION HOSPITALITY, LLC; | ) |
| I.T. MONTGOMERY, LLC, d/b/a | ) |
| QUALITY INN & SUITES | ) |
| CONFERENCE CENTER | ) |
| | ) |
|    Defendants. | ) |

**O R D E R**

On August 28, 2007, upon consideration of the Joint Stipulation of Dismissal (Doc. # 13), this Court entered an Order dismissing all claims against John Tampa (Doc. # 14). Therefore, it is hereby ORDERED that the Motion to Dismiss on Behalf of John Tampa (Doc. # 8) is DENIED as moot.

Done on this 19th day of September, 2007.

                                                    /s/ Mark E. Fuller
                                            CHIEF UNITED STATES DISTRICT JUDGE