# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **MARIO MENDIOLA**, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **CV- 2:07 CV 469-MEF** |
| **VISION HOSPITALITY, L.L.C. and** | ) | |
| **I.T. MONTGOMERY, L.L.C., d/b/a** | ) | |
| **QUALITY INN & SUITES** | ) | |
| **CONFERENCE CENTER,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## REPORT OF PARTIES' PLANNING MEETING

1.    Pursuant to Fed.R.Civ.P.26(f), a parties' planning meeting was held by telephone on September 21, 2007, and was attended by:

David A. Bryant, Jr. for Plaintiff; and, Kyle T. Smith for Defendants.

2.    **Pre-Discovery Disclosures.**   The parties will exchange the information required by Fed.R.Civ.P.26(a)(1) by <u>October 22, 2007</u>.

3.    **Discovery Plan**.   The parties jointly propose to the court the following discovery plan:

All discovery will be commenced in time to be completed by <u>March 31, 2008.</u>

DOCSBHM\1512989\1\

There will be a maximum of 25 interrogatories by each party to any other party.  Responses will be due 30 days after service.

There will be a maximum of 30 requests for production by each party. Responses will be due 30 days after service.

There will be a maximum of 25 requests for admission by each party to any other party.  Responses will be due 30 days after service.

There will be a maximum of 8 depositions taken by plaintiff and 8 depositions taken by defendants without further approval of the Court.

Each deposition shall be limited to a maximum of 7 hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) will be due from plaintiff by January 31, 2008, from defendant by February 28, 2008.

Any supplementation under Rule 26(e) is due within 30 days of discovery of the information, but not later than March 31, 2008.

**4.    Other Items.**  The parties do not request a conference with the court before entry of the scheduling order.

Plaintiff should be allowed until November 15, 2007 to join additional parties and amend pleadings.

Defendants should be allowed until November 30, 2007 to join additional parties and to amend pleadings.

All potentially dispositive motions should be filed by <u>April 30, 2008.</u>

Settlement, including the feasibility of mediation, has been discussed and the parties agree that it cannot be evaluated prior to the completion of some discovery.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from the parties by <u>30 days prior to trial</u>.

Parties should have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by <u>July, 2007</u>, and at this time is expected to take 2-3 days.

Counsel for the parties have confirmed their mutual consent to submit this report by electronic signatures.


___/s David A. Bryant, Jr._____        _/s  Kyle  T.  Smith_____
David A. Bryant, Jr.                         Kyle T. Smith
18 Augusta Pines Drive                       SIROTE & PERMUTT, P.C.
Suite 200E                                   PO BOX 55727
Spring, TX 77389                             Birmingham, AL 35255-5727