IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARIO MENDIOLA, )<br>)<br>PLAINTIFF, )<br>)<br>V. )<br>)<br>VISION HOSPITALITY, L.L.C. )<br>AND I.T. MONTGOMERY, L.L.C., )<br>D/B/A QUALITY INN & SUITES )<br>CONFERENCE CENTER, )<br>)<br>DEFENDANTS. )<br>) | CIVIL ACTION NO.<br>CV- 2:07 CV 469-MEF |

## DEFENDANTS' MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

COME NOW Defendants Vision Hospitality LLC and I.T. Montgomery LLC ("Defendants"), and request a 30 day extension of the dispositive motion deadline and as grounds therefore, state as follows:

1. Pursuant to the Scheduling Order entered by this Court, the current deadline for filing dispositive motions is March 10, 2008. The current deadline for the completion of discovery is not until May 22, 2008.

2. The parties have engaged in written discovery and have attempted to schedule depositions of Plaintiff and defense witnesses. However, due to scheduling conflicts, the depositions have not been able to be completed. Scheduling is made more difficult by the fact that Plaintiff's counsel is

located in Texas, defense counsel is located in Alabama, Plaintiff is located in Texas and Defendants' primary witness is located in Georgia.

3. In order to allow the parties to fully address issues of summary judgment, the depositions will need to be completed. An extension of 30 days should be sufficient to allow the discovery to be completed and the dispositive motion to be submitted.

4. Defendants' counsel has attempted to consult with Plaintiff's counsel to determine whether there is any objection to the granting of this Motion, but has been unable to do so. Defendants' counsel will continue to try to reach Plaintiff's counsel and apprize the court forthwith.

5. This requested extension will not cause the extension of other deadlines or the delay of the trial setting in this matter.

WHEREFORE, Defendants respectfully request a 30 day extension of the dispositive motion deadline.

Respectfully submitted this 7th day of March, 2008.

/s/ Kyle T. Smith

Kyle T. Smith (Bar No. ASB-6752-I72K)
Attorney for Defendants
VISION HOSPITALITY LLC AND I.T. MONTGOMERY LLC

**OF COUNSEL:**

SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.: (205) 930-5100
Fax: (205) 930-5335
northerndistrict@sirote.com

## CERTIFICATE OF SERVICE

  I hereby certify that on March 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

  D. Jason Britt, Esq.
  Morris & McCannally, LLC
  50 Wisteria Place
  P.O. Box 490
  Millbrook, AL 36054

  David A. Bryant, Jr., Esq.
  18 Augusta Pines Drive
  Suite 200E
  Spring, TX 77389

        /s/ Kyle T. Smith
        _____
        Of Counsel