## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **MARIO MENDIOLA,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO.** |
| | ) | **CV- 2:07 CV 469-MEF** |
| | ) | |
| **VISION HOSPITALITY, L.L.C.** | ) | |
| **AND I.T. MONTGOMERY, L.L.C.,** | ) | |
| **D/B/A QUALITY INN & SUITES** | ) | |
| **CONFERENCE CENTER,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |
| | ) | |

## DEFENDANTS' SECOND MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

COME NOW Defendants Vision Hospitality LLC and I.T. Montgomery LLC ("Defendants"), and request a 4 day extension of the dispositive motion deadline and as grounds therefore, state as follows:

1.    Pursuant to the Scheduling Order entered by this Court, the current deadline for filing dispositive motions is March 10, 2008.

2.    On today's date Defendants filed a Motion to Extend the Dispositive Motion Deadline by 30 days, and this Court denied the Motion.

3.    Defendants intend to file a Motion for Summary Judgment in this case. An extension of 4 days will allow Defendants' counsel to obtain affidavits from its witnesses, including at least one witness who resides out of state.

DOCSBHM\1545870\2\

4.     Defendants' counsel has attempted to consult with Plaintiff's counsel to determine whether there is any objection to the granting of this Motion, but has been unable to do so.  Plaintiff will not be prejudiced by the granting of this Motion.

5.     This requested extension will not cause the extension of other deadlines or the delay of the trial setting in this matter.

WHEREFORE, Defendants respectfully request a 4 day extension of the dispositive motion deadline until March 14, 2008.

Respectfully submitted this 7th day of March, 2008.


/s/ Kyle T. Smith

_____

Kyle T. Smith (Bar No. ASB-6752-I72K)
Attorney for Defendants
VISION HOSPITALITY LLC AND I.T.
MONTGOMERY LLC

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:  (205) 930-5100
Fax:  (205) 930-5335
northerndistrict@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

D. Jason Britt, Esq.
Morris & McCannally, LLC
50 Wisteria Place
P.O. Box 490
Millbrook, AL 36054

David A. Bryant, Jr., Esq.
18 Augusta Pines Drive
Suite 200E
Spring, TX 77389

/s/ Kyle T. Smith

Of Counsel