IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARIO MENDIOLA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-469-MEF |
| | ) |
| VISION HOSPITALITY, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of the Defendants' Second Motion to Extend Dispositive Motion Deadline (Doc. # 21), it is hereby

ORDERED that the motion is GRANTED.

Done on this 10th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE