IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARIO MENDIOLA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. |
| ) | CV- 2:07 CV 469-MEF |
| VISION HOSPITALITY, L.L.C. ) | |
| AND I.T. MONTGOMERY, L.L.C., ) | |
| D/B/A QUALITY INN & SUITES ) | |
| CONFERENCE CENTER, ) | |
| ) | |
| DEFENDANTS. ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**COME NOW** Defendants Vision Hospitality, L.L.C. and I.T. Montgomery, L.L.C. ("Defendants"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, and move this court to enter summary judgment in their favor with respect to all claims asserted by Plaintiff. As grounds for this motion, Defendants aver that there is no genuine issue as to any material fact and Defendants are entitled to judgment as a matter of law. This motion is supported by Defendants' Brief in Support of Motion for Summary Judgment and Defendants' Appendix of Evidence in Support of Motion for Summary Judgment, which have been filed contemporaneously herewith.

Respectfully submitted this 14th day of March, 2008.

/s/ Kyle T. Smith

---

Kyle T. Smith (Bar No. ASB-6752-I72K)
Attorney for Defendants
VISION HOSPITALITY LLC AND I.T. MONTGOMERY LLC

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:  (205) 930-5100
Fax:  (205) 930-5335
northerndistrict@sirote.com

## CERTIFICATE OF SERVICE

    I hereby certify that on March 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

D. Jason Britt, Esq.
Morris & McCannally, LLC
50 Wisteria Place
P.O. Box 490
Millbrook, AL 36054

David A. Bryant, Jr., Esq.
18 Augusta Pines Drive
Suite 200E
Spring, TX 77389

                                      /s/ Kyle T. Smith

                                      Of Counsel