IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MARIO MENDIOLA, | § | |
| Plaintiff, | | |
| v. | § | Cause No.  CV – 2:07 CV 469-MEF |
| VISION HOSPITALITY, INC. and I.T MONTGOMERY, LLC d/b/a QUALITY INN & SUITES CONFERENCE CENTER and JOHN TAMPA Individually, | | |
| Defendants. | § | |

NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW Plaintiff, Mario Mendiola, and respectfully files this Notice Concerning Settlement Conference And Mediation.

Plaintiff and Defense counsel have discussed settlement on several occasions. No settlement has been reached. Plaintiff is open to mediation and Defense counsel will discuss possible mediation with Defendant.

Respectfully submitted,

THE BRYANT LAW FIRM


/S/

David A. Bryant, Jr.
S.D.Texas Bar No. 17501
18 Augusta Pines Dr., Suite 200E
Spring, Texas 77389
(281) 290-8866, Fax: (281) 290-8867

MORRIS & MCCANNALLY, LLC
D. Jason Britt (BRI048)
50 Wisteria Place
P.O. Box 490
Millbrook, Alabama 36054

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record via certified mail, facsimile, and/or messenger on this 4th day of April, 2008.

/S/

David A. Bryant, Jr.