IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARIO MENDIOLA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:07-cv-469-MEF |
| | ) |
| VISION HOSPITALITY, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **O R D E R**

Upon consideration of the Plaintiff's Motion for Continuance (Doc. # 27), it is

hereby

ORDERED that Defendants show cause in writing on or before May 2, 2008 as to why that motion should not be granted.

Done this the 23rd day of April, 2008.

                                                                      /s/ Mark E. Fuller
                                             CHIEF UNITED STATES DISTRICT JUDGE