IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

MARIO MENDIOLA, §

Plaintiff,

v. § Cause No. 2:07 CV 469-MEF

VISION HOSPITALITY, INC. and I.T. MONTGOMERY, LLC d/b/a QUALITY INN & SUITES CONFERENCE CENTER and JOHN TAMPA Individually,

Defendants. §

PLAINTIFF'S UNOPPOSED MOTION TO AMEND COMPLAINT

TO THE HONORBLE JUDGE OF SAID COURT:

Pursuant to the Federal Rules of Civil Procedure Plaintiff respectfully files this Unopposed Motion to Amend Complaint. In support hereof, Plaintiff would show this Court as follows:

I.

BACKGOUND

The ADA claim that forms the basis of the present suit was first made known to Defendants in January 2006 through the EEOC. A finding of cause was issued and the EEOC offered to assist in reconciliation. Defendants refused to participate in reconciliation. This lawsuit therefore was filed on May 24, 2007.

Discovery thus far has revealed that there is no insurance coverage for the

claims made herein. During the deposition of John Tampa, owner of Defendant I.T. Montgomery, LLC, it was revealed that *all* of the assets owned by Defendant I.T. Montgomery, LLC were transferred to a new entity, J.T. Hotels, LLC, on May 14, 2007. Mr. Tampa owns 100% of the new entity and claims that the asset transfer was made as the result of a "settlement agreement" between him and his former business partners.

II.

As a result of the transfer of assets by Defendant I.T. Montgomery, LLC, the new entity, J.T. Hotels, LLC, is the *de facto* successor in interest to I.T. Montgomery, LLC. Plaintiff therefore requests, pursuant to Federal Rule 19, that J.T. Montgomery, LLC be joined as a co-defendant in this action. Such joinder is proper under Rule 19 and is necessary to protect the rights of Plaintiff to ensure availability of assets for the purpose of execution in the event Plaintiff is successful in this action. Such joinder is further necessary to serve the interests of justice and to ensure that complete relief may be accorded in this action. Plaintiff requests permission of the Court to serve current counsel for Defendant I.T. Montgomery, LLC with such amended pleadings as provided by the Federal Rules of Civil Procedure, Rule 5. Defendant is unopposed to this Motion and counsel for Defendant I.T. Montgomery, LLC has agreed to accept service on behalf of J.T. Hotels, LLC without the necessity of additional citation. The proposed amended

pleading is attached hereto and filed contemporaneously herewith.

III.

PRAYER

Based upon the foregoing, Plaintiff respectfully requests that his Unopposed Motion to Amend be, in all things, granted. Plaintiff respectfully requests that he be granted any further relief at law or in equity to which he may show himself entitled.

Respectfully submitted,

THE BRYANT LAW FIRM



s/ David A. Bryant, Jr.
David A. Bryant, Jr.
S.D.Texas Bar No. 17501
18 Augusta Pines Dr., Suite 200E
Spring, Texas 77389
(281) 290-8866, Fax: (281) 290-8867

MORRIS & MCCANNALLY, LLC

D. Jason Britt
D. Jason Britt (BRI048)
50 Wisteria Place
P.O. Box 490
Millbrook, Alabama 36054

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that Plaintiff's counsel and Defense counsel discussed the matters raised in the foregoing Motion and that Defendant is unopposed to the relief requested therein.

s/ David A. Bryant, Jr.
David A. Bryant, Jr.
Of Counsel

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record via certified mail, facsimile, and/or messenger on this 23rd day of July, 2008.

s/ David A. Bryant, Jr.
David A. Bryant, Jr.
Of Counsel