AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

UNITED STATES     District of     MIDDLE DISTRICT OF ALABAMA NORTHERN DIV.

MARIO MENDIOLA

**SUMMONS IN A CIVIL ACTION**

V.

VISION HOSPITALITY, LLC, et al.

CASE NUMBER:    2:07-cv-469-MEF

TO: (Name and address of Defendant)

Mr. Kyle T. Smith on behalf of client,
J.T. HOTELS, LLC d/b/a QUALITY INN & SUITES CONFERENCE
2311 Highland Ave. South
Birmingham, Alabama 35255-5727

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David A. Bryant, Jr.
S.D. Texas Bar. No 17501
18 Augusta Pines Drive. Suite 200 E
Spring, Texas 77389

D. Jason Britt (BRI048)
50 Wisteria Place
PO Box 490
Millbrook, Alabama 36054

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

8/7/08

DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    *Date*                                *Signature of Server*

                                         _____
                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.