IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARIO MENDIOLA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| VISION HOSPITALITY, LLC; I.T. MONTGOMERY, LLC, d/b/a QUALITY INN & SUITES CONFERENCE CENTER and J.T. HOTELS, LLC, D/B/A QUALITY INN & SUITES CONFERENCE CENTER, | ) ) ) ) ) ) )   CIVIL ACTION NO. CV- 2:07 CV 469-MEF |
| | ) |
|     Defendants. | ) |

## DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants, Vision Hospitality, LLC, I.T. Montgomery, LLC and Rule 19 Defendant, J.T. Hotels, LLC, (hereinafter referred to as "Defendants"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, and move this Court to enter summary judgment in their favor with respect to all claims asserted by Plaintiff. As grounds for this Motion, Defendants aver that there is no genuine issue as to any material fact and Defendants are entitled to judgment as a matter of law. This Motion is supported by Defendants' Brief in Support of Renewed Motion for Summary Judgment and Defendants' Supplemental Appendix of Evidence in Support of Renewed Motion for Summary

Judgment, which have been filed contemporaneously herewith, and Defendants' Appendix of Evidence in Support of Motion for Summary Judgment, which was filed on March 14, 2008.

Respectfully submitted this 5th day of September, 2008.

/s/ Kyle T. Smith

---

Kyle T. Smith (ASB-6752-I72K)
J. Rushton McClees (ASB-8805-C39J)
Attorneys for Defendants
VISION HOSPITALITY, LLC,
I.T. MONTGOMERY, LLC and J.T. HOTELS, LLC

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:  (205) 930-5100
Fax:  (205) 930-5335

## CERTIFICATE OF SERVICE

    I hereby certify that on the 5<u>th</u> day of <u>September</u>, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

D. Jason Britt, Esq.
Morris & McCannally, LLC
50 Wisteria Place
P.O. Box 490
Millbrook, AL 36054

David A. Bryant, Jr., Esq.
18 Augusta Pines Drive
Suite 200E
Spring, TX 77389

                                                <u>s/Kyle T. Smith</u>
                                                OF COUNSEL